447 A.2d 657

Commonwealth v. Upshur, Appellant.

Submitted February 8, 1982. John H. Corbett, for appellant; Robert L. Eberhardt, Deputy District Attorney, Pittsburgh, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

447 A.2d 657

Commonwealth v. Vulto, Appellant.

Petition for Allowance of Appeal Denied Sept. 17, 1982.

Submitted March 9, 1982. Robert Longo, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.